UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AUTUMN LAKE RECREATION
ASSOCIATION, INC.,

    Plaintiff/Counter-Defendant,

v.                                           Case No. 2:21-cv-304-JLB-MRM

KATERRA CONSTRUCTION, LLC

    Defendant/Counter-Plaintiff.
_____/

**ORDER**

Defendant Katerra Construction, LLC ("Katerra") advises that it has filed for bankruptcy under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of Texas, Houston Division (21-31866). (Doc. 22.) This action is **AUTOMATICALLY STAYED**. 11 U.S.C. § 362(a). Katerra shall notify the Court of any event which lifts or terminates the automatic stay.

**ORDERED** in Fort Myers, Florida, on July 23, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE