UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AUTUMN LAKE RECREATION
ASSOCIATION, INC., a Florida not-for-
profit-corporation,

       Plaintiff,

v.                                    Case No. 2:21-cv-304-JLB-MRM

KATERRA CONSTRUCTION, LLC, a
Delaware limited liability company,

       Defendant.

_____/

# **ORDER**

      The parties have stipulated to dismissal of this action with prejudice under

Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 25).  The stipulation is self-

executing.  <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272, 1278 (11th Cir.

2012).  The Clerk of Court is **DIRECTED** to close the file.

      **ORDERED** in Fort Myers, Florida, on November 8, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE